Timothy Williams, Esq.
Tim Williams Law Firm, PLLC
44 N. 2nd St. Ste. 701
Memphis, TN 38103
Email: williamstimothyj@bellsouth.net
Telephone (901) 525-3338
Attorney for Defendant
RACHEL LEANNA ROSS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No: CR 16-05-H-DLC |
| VS. | MOTION FOR CONTINUANCE |
| RACHEL LEANNA ROSS, | |
| DEFENDANT. | |

Comes now under signed counsel, Timothy Williams, with consent of co-counsel for Defendant Scott Owens and Assistant United States Attorney Joseph Thaggard, and would request a continuance in this matter. In support thereof undersigned counsel would show the following:

1) This matter is set for a Change of Plea Hearing on July 19, 2016, at 03:00 PM in the Russell Smith Federal Courthouse located at 201 E. Broadway, Missoula, Montana before Magistrate Judge Jeremiah C. Lynch.

2) Undersigned counsel Timothy Williams has a Jury Trial set to begin on July 18, 2016, in the Criminal Court of Shelby County, Tennessee, located at 201 Poplar Avenue, in Memphis, Tennessee for a case pending under docket number 15-01192.  The case is expected to go day to day until complete.  Undersigned defense counsel expects the trial will take five days.  This case was set for trial on November 30, 2015, and witnesses for both the Defendant and the Attorney General's office have been issued for this date.

3) Defense counsel has consulted with co-counsel for Defendant, Scott Owens, and AUSA Joseph Thaggard, in order to provide this Court with dates which are not in conflict for any attorney. Three dates on which all counsel will be available are August 2, 2016, August 17, 2016, and August 19, 2016.

    Respectfully submitted,

/s/ Timothy Williams
Timothy Williams
Tim Williams Law Firm, PLLC
44 N. 2nd St. Ste. 701
Memphis, TN 38103
Email: williamstimothyj@bellsouth.net
Telephone (901) 525-3338
Attorney for Defendant
RACHEL LEANNA ROSS

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2016, a copy of the foregoing document has been served on the following persons by the following means:

__1,2,3__ CM/ECF

___ Hand Delivery

___ Mail

___ Overnight Delivery Service

___ Fax

___ E-Mail

1. CLERK, UNITED STATES DISTRICT COURT OF MONTANA

2. Joseph Thaggard, Esq.
   Assistant U.S. Attorney
   901 N. Front Street, Suite 1100
   Helena, MT 59626
   Counsel for the United States of America

3. Scott Owens, Esq.
   54 N. Last Chance Gulch, Suite 7
   Helena, MT 59601
   Attorney for Defendant Rachel Ross

                                           By: /s/Timothy Williams
                                                  Timothy Williams
                                                  Attorney for Defendant