Palmer A. Hoovestal, Esq.
Hoovestal Law Firm, PLLC
608 Lincoln Rd. West
Helena, MT 59602
P.O. Box 747
Helena, MT 59624-0747
Tel. (406) 457-0970
Fax (406) 457-0475
Email: palmer@hoovestal-law.com
Attorney for Defendant
IAN SCOTT BARCLAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. IAN SCOTT BARCLAY, Defendant. | Cause No. CR 16-05-H-DLC **UNOPPOSED MOTION TO CHANGE PLEA** |
|---|---|

COMES NOW the Defendant, IAN SCOTT BARCLAY, by and through the Undersigned attorney of record, and pursuant to the Court's scheduling order (ECF No. 98) hereby moves the Court to vacate the jury trial presently set for September 19, 2016, and to set a change of plea hearing. This motion is made for the reason that Mr. Barclay has entered into a plea agreement with the

Government.

Counsel for the Government, Assistant United States Attorney Joseph Thaggard, has been contacted regarding this motion and Mr. Thaggard indicated that the Government does not object.

WHEREFORE the Defendant prays that his motion be granted.

DATED this 23rd day of August, 2016.

RESPECTFULLY SUBMITTED:


By: s/ Palmer Hoovestal
     Palmer A. Hoovestal, Esq.
     Attorney for Defendant
     IAN SCOTT BARCLAY

## CERTIFICATE OF SERVICE
## L.R. 1.4(c)(2)

  I hereby certify that on August 23, 2016, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u> CM-ECF

<u>  </u> Hand Delivery

<u> 3 </u> Mail

<u>  </u> Overnight Delivery Service

<u>  </u> Fax

<u>  </u> E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. Joseph Thaggard
  Assistant United States Attorney
  Counsel for the United States of America

3. IAN SCOTT BARCLAY
  Defendant

            By: /s/ Palmer A. Hoovestal
               Palmer A. Hoovestal
               Attorney for Defendant